UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NINA CAMPAGNA, etc.,
    Plaintiff,

vs.                               CASE NO. 8:09-CIV-2642-T-17-EAJ

ANECO ELECTRIC,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Elizabeth A. Jenkins on January 14, 2010 (Docket No. 5). The magistrate judge recommended that the Court deny the plaintiff's motion to for leave to proceed *in forma pauperis* (Docket 2).

Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had fourteen (14) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. **Nettles v. Wainwright**, 677 F.2d 404 (5th Cir. 1982) (en banc). No objections to the report and recommendation have been filed

## STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines,**

**Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record. Upon due consideration, the Court concurs with the report and recommendation and finds the defendants' response to the objections to be persuasive. Accordingly, it is

**ORDERED** that the report and recommendation, dated January 14, 2010 (Docket No. 5) be **adopted** and **incorporated by reference**; the plaintiff's motion for leave to proceed *in forma pauperis* (Docket 2) be **denied;** the plaintiff may proceed forward in the case but not as an *in forma pauperis* litigant; the filing fee must be paid on or before February 15, 2010. Failure to remit the filing fee will result in dismissal of this case without further notice.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 3rd day of February, 2010.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge